UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-790-DMG (SSx)** | Date | May 5, 2017 |

Title  *Jeffery Werner, et al. v. Talltanic Pictures, LLC, et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER DISMISSING DEFENDANTS TALLTANIC PRODUCTIONS, LLC AND KARL JONES WITHOUT PREJUDICE**

Having received the Plaintiffs' notice of dismissal of certain parties [Doc. # 22] filed on May 4, 2017, the Court hereby **DISMISSES** this action without prejudice as to Defendants Talltanic Productions, LLC and Karl Jones only under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Order to Show Cause [Doc. # 20] dated May 3, 2017 is DISCHARGED.

IT IS SO ORDERED.